UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SKYCAM, INC., a Delaware Corporation, and SKYCAM, LLC, an Oklahoma limited liability company,<br><br>PLAINTIFFS,<br><br>vs.<br><br>PATRICK J. BENNETT, an individual, and ACTIONCAM, LLC, an Oklahoma Limited Liability Company,<br><br>DEFENDANTS. | CASE NO. 09-CV-294-GKF-FHM |

## OPINION AND ORDER

Defendant's Motion for Order Compelling Disclosure of Discovery [Dkt. 95] is before the Court for decision. Plaintiffs have filed a response [Dkt. 102] and a hearing was held on the motion. The only issue remaining to be resolved is whether Plaintiffs have properly withheld certain documents based on attorney-client privilege or work product protection. By agreement of the parties, the documents were submitted to the Court for in-camera review which has now been completed.

Based upon the in-camera review of the documents, the Court concludes that they are protected from production by the attorney-client privilege or work product protection.

Defendant's Motion for Order Compelling Disclosure of Discovery [Dkt. 95] is DENIED.

SO ORDERED this 22nd day of November, 2010.

*Frank H. McCarthy*

FRANK H. MCCARTHY
UNITED STATES MAGISTRATE JUDGE