IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SKYCAM, LLC, a Delaware limited liability company and SKYCAM, LLC, an Oklahoma limited liability company,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PATRICK J. BENNETT, an individual, and ACTIONCAM, LLC, an Oklahoma limited liability company,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 09-CV-294-GKF-FHM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PARTIAL JUDGMENT ON JURY VERDICTS**

Pursuant to the jury verdicts rendered on September, 2, 2011 [Dkt. ##293, 294, 296], judgment is hereby entered in favor of plaintiffs, Skycam, LLC, a Delaware limited liability company, and Skycam, LLC, an Oklahoma limited liability company, and against defendant, Patrick J. Bennett, individually, in the amount of one hundred thousand dollars ($100,000.00) in actual damages; against Patrick J. Bennett and Actioncam, LLC, jointly and severally, in the amount of four hundred and nineteen thousand dollars ($419,000.00) in actual damages; and against Actioncam, LLC, individually, in the amount of seventy-five thousand dollars ($75,000.00) in punitive damages.

ENTERED this 7th day of September, 2011.

　　　　　　　　　　　　　　　　　　Gregory K. Frizzell
　　　　　　　　　　　　　　　　　　United States District Judge
　　　　　　　　　　　　　　　　　　Northern District of Oklahoma