7593.020

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| SKYCAM, LLC, a Delaware limited liability, company and SKYCAM, LLC, an Oklahoma limited liability company | ) ) ) ) | |
| Plaintiffs | ) ) | |
| vs. | ) | |
| PATRICK J. BENNETT, an individual, and ACTIONCAM, LLC, an Oklahoma limited liability company, | ) ) ) ) | |
| Defendants. | ) | Case No. 09-CV-294-GKF-FHM |

## ISSUANCE OF PATENT

Defendants, Patrick J. Bennett and Actioncam, LLC, respectfully submit that on June 12, 2012, the United State Patent and Trademark Office issued Patent No. US 8,199,197 B2 for an aerial camera system unto Actioncam, LLC. A copy of the patent is attached as Exhibit A.

Respectfully submitted,

BARROW & GRIMM, P.C.


By      *s/William R. Grimm*
      William R. Grimm         OBA#3628
      Cori D. Powell         OBA#21328
      110 W. Seventh Street, Suite 900
      Tulsa, OK  74119-1044
      (918) 584-1600
      (918) 585-2444 (Fax)


      Shawn M. Dellegar      OBA#20973
      HEAD JOHNSON & KACHIGIAN
      228 W. 17th Pl.
      Tulsa, OK 74119-4608
      (918) 587-2000
      (918) 584-1718 (Fax)
      ATTORNEYS FOR DEFENDANTS

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that on this 19th day of June 2012, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

**John A Kenney**
john.kenney@mcafeetaft.com

**Spencer Smith**
Spencer.smith@mcafeetaft.com

**Rachel Blue**
Rachel.Blue@mcafeetaft.com

**Jeremiah Louis Buettner**
jeremiah.buettner@mcafeetaft.com

  I further certify that on the __ day of June 2012, I served a true and correct copy of the above and foregoing instrument by first class mail, with proper postage fully prepaid thereon, on the following, who is/are not (a) registered participant(s) of the ECF System:

      No manual recipients.

             *s/William R. Grimm*
             William R. Grimm

S:\WPDOC\7593\020\Issuance of Patent_final_smd.doc
6/19/2012

# EXHIBIT A

US008199197B2

(12) **United States Patent**

Bennett et al.

(10) Patent No.: **US 8,199,197 B2**

(45) Date of Patent: **Jun. 12, 2012**

(54) **AERIAL CAMERA SYSTEM**

(75) Inventors: **Patrick J. Bennett**, Broken Arrow, OK (US); **Garret Cook**, Tulsa, OK (US); **Matthew R. Jones**, Garland, TX (US); **Kaveh Ashenayi**, Tulsa, OK (US); **Michael F. Henry**, Broken Arrow, OK (US); **Alexander MacDonald**, North Las Vegas, NV (US)

(73) Assignee: **Actioncam. LLC**, Broken Arrow, OK (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 784 days.

(21) Appl. No.: **12/390,186**

(22) Filed: **Feb. 20, 2009**

(65) **Prior Publication Data**

US 2009/0207250 A1      Aug. 20, 2009

**Related U.S. Application Data**

(60) Provisional application No. 61/030,081, filed on Feb. 20, 2008.

(51) **Int. Cl.**
*H04N 7/18* (2006.01)
*H04N 9/47* (2006.01)

(52) **U.S. Cl.** .......................................... **348/144**; 348/61

(58) **Field of Classification Search** .................. 348/144, 348/143, 146, 147, 169, 376, 157, 373, 207.11, 348/61; 73/1.77; 273/440, 402; 104/173.2, 104/112, 116, 117, 113; 472/94; 340/323 R; 352/243; 318/649

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,156,862 A | | 5/1939 | Best |
| 3,814,348 A | * | 6/1974 | Johnson .................... 242/157.1 |
| 4,027,329 A | * | 5/1977 | Coutta ......................... 348/151 |
| 4,341,452 A | | 7/1982 | Korling |
| 4,625,938 A | * | 12/1986 | Brown .......................... 348/169 |
| 4,710,819 A | * | 12/1987 | Brown .......................... 348/144 |
| 5,224,426 A | * | 7/1993 | Rodnunsky et al. .......... 104/112 |
| 5,568,189 A | * | 10/1996 | Kneller ........................ 348/144 |

(Continued)

FOREIGN PATENT DOCUMENTS

| JP | 11314600 | 11/1999 |
|---|---|---|

(Continued)

*Primary Examiner* — Aung S Moe

(74) *Attorney, Agent, or Firm* — Head, Johnson & Kachigian, P.C.

(57) **ABSTRACT**

An aerial camera system including a plurality of main reels, a camera interface/safety reel and a stabilized camera head. The camera head is supported from main cables from the main reels with a safety reel cable providing power, data and video communication between the camera head and a main computer system. Each of the main reels, the camera interface/safety reel and the camera head are in communication with the main computer system, which controls the feeding and reeling in of the main cables. Further, the computer system controls the feeding and reeling in of the safety reel cable, which typically only follows the camera head as it moves in three-dimensional space, but may in emergency mode support the weight of the camera head and be used to slowly pull the camera head up and out of the way so that it does not interfere with any activity below the flight area. The aerial camera system may also include a level wind assembly that keeps the cables wound on the drum of the main reels and/or the safety reel in a controlled and consistent manner. Furthermore, the camera head of the aerial camera system may use a rotating gimbal assembly with computer controlled leveling motors for keeping the camera head level as the gimbal assembly moves.

**20 Claims, 18 Drawing Sheets**



## US 8,199,197 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,752,088 A | | 5/1998 | Desselle | |
| 5,894,323 A | * | 4/1999 | Kain et al. | 348/144 |
| 6,141,034 A | * | 10/2000 | McCutchen | 348/48 |
| 6,626,412 B1 | * | 9/2003 | Lindsay | 248/550 |
| 6,809,495 B2 | | 10/2004 | Rodnusky | |
| 6,873,355 B1 | | 3/2005 | Thompson et al. | |
| 6,886,471 B2 | | 5/2005 | Rodnusky | |
| 6,965,411 B1 | | 11/2005 | Jones | |
| 6,975,089 B2 | | 12/2005 | Rodnunsky et al. | |
| 7,036,436 B2 | | 5/2006 | MacDonald et al. | |
| 7,037,006 B2 | * | 5/2006 | Chapman | 396/428 |
| 7,088,071 B2 | | 8/2006 | Rodnunsky | |
| 7,127,998 B2 | * | 10/2006 | MacDonald et al. | 104/178 |
| 7,207,277 B2 | * | 4/2007 | Rodnunsky | 104/178 |
| 7,239,106 B2 | | 7/2007 | Rodnunsky et al. | |
| 7,658,555 B1 | * | 2/2010 | Moilanen | 396/427 |
| 8,125,564 B2 | * | 2/2012 | Kozlov et al. | 348/373 |
| 2003/0145759 A1 | * | 8/2003 | Rodnunsky | 104/180 |
| 2005/0185089 A1 | * | 8/2005 | Chapman | 348/375 |
| 2005/0191050 A1 | * | 9/2005 | Chapman | 396/428 |
| 2007/0047949 A1 | * | 3/2007 | Gluck | 396/427 |
| 2007/0064208 A1 | * | 3/2007 | Giegerich et al. | 353/122 |
| 2007/0152141 A1 | * | 7/2007 | Rodnunsky | 250/221 |
| 2008/0054836 A1 | * | 3/2008 | Rodnunsky et al. | 318/649 |
| 2008/0100707 A1 | * | 5/2008 | Brown | 348/158 |
| 2009/0103909 A1 | * | 4/2009 | Giegerich et al. | 396/12 |
| 2009/0207250 A1 | * | 8/2009 | Bennett et al. | 348/144 |
| 2011/0091196 A1 | * | 4/2011 | Dougherty et al. | 396/428 |
| 2011/0204197 A1 | * | 8/2011 | Wharton | 248/323 |

### FOREIGN PATENT DOCUMENTS

| WO | WO2007030665 | 3/2007 |
|---|---|---|

* cited by examiner

Case 4:09-cv-00294-GKF-fhm   Document 341 Filed in USDC ND/OK on 06/19/12   Page 6 of 32



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

Case 4:09-cv-00294-GKF-fhm   Document 341 Filed in USDC ND/OK on 06/19/12   Page 12 of 32



FIG. 7



*FIG. 8*

*FIG. 9*



FIG. 10

FIG. 11

FIG. 12



FIG. 13



*FIG. 14*



*FIG. 15*



*FIG. 16*



*FIG. 17*



*FIG. 18*



FIG. 19



*FIG. 20*

US 8,199,197 B2

1

# AERIAL CAMERA SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application claims priority to U.S. Provisional Application Ser. No. 61/030,081, filed Feb. 20, 2008, which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to an aerial camera system, and more particularly to an aerial camera system having a computer controlled, powered camera interface/safety reel and a stabilized camera platform for use in broadcast sporting events, film productions and entertainment events, such as concerts and awards shows.

2. Description of the Related Art

Known aerial camera systems encompass two main embodiments to move objects through three-dimensional space. One main type of known aerial camera system utilizes at least two supporting ropes in communication with a camera platform through a series of pulleys. The principal behind these types of aerial camera systems is a technique of relocating or displacing lengths of line in order to move an object in three-dimensional space, and specifically, an X-line controls the X-axis motion of the camera platform, while a Y-line controls the Y-axis motion of the camera platform, and relocating or displacing equal lengths of the X-line and Y-line allows the Z-axis of the camera platform to be traversed. In addition, by relocating or displacing equal lengths of the X and Y-line into the X-axis and Y-axis, the camera platform may be moved in X and Y space while maintaining a constant Z-axis position. Movement in each of the three-dimensions is substantially independent, with the X-line controlling X-axis motion and the Y-line controlling Y-axis motion of the camera platform.

Another main type of aerial camera system utilizes at least three flexible members and at least three motor driven reels for expanding and retracting the flexible members. The flexible members in this type of aerial camera system are attached to equipment support members and a camera mount.

Known aerial camera systems are typically impractical or difficult to use in that they fail to satisfactorily provide platform stability, ease of control, transportability, high speed, on-camera graphics, such as the first and ten line and other CGI graphics, and are prone to failure and disruption of the event being filmed. For example, during a New Orleans Saints versus Seattle Seahawks football game in October 2007, one of these aerial camera systems crashed to the playing field twice, almost hitting Seattle's quarterback, Matt Hasselbeck. "Officials delayed the game for almost 10 minutes before the network got the camera away from the field of play, parking it directly over the Seahawks' bench. Players stepped over themselves to avoid standing under it, as if it were a guillotine." ("Overhead, sideline cameras irk Holmgren in Seahawks' loss," Associated Press, 2007; http://sports.epsn.go-.com/nfl/news/story?id=3068347).

It is therefore desirable to provide an aerial camera system with a transport system having a computer controlled, powered camera interface/safety reel.

It is further desirable to provide an aerial camera system having a camera head that includes a platform capable of various stabilization methods.

2

It is yet further desirable to provide an aerial camera system having a camera head capable of various camera movement methods.

It is still further desirable to provide an aerial camera system having a camera head that includes a camera lens with full servo control (drive and feedback) of the zoom, focus and iris settings, allowing for CGI graphics.

It is still further desirable to provide an aerial camera system having an extremely stabilized camera head that significantly improves video image stability using a combination of active stabilization of pan, tilt and roll motors and an actively stabilized platform.

It is still further desirable to provide an aerial camera system having a level wind assembly that keeps the cables wound on the drum of the main reels and/or the safety reel in a controlled and consistent manner.

It is yet further desirable to provide an aerial camera system having reflective surfaces on the main sheaves of in order to significantly increase the accuracy of determining the three-dimensional location of the main sheaves during setup.

## SUMMARY OF THE INVENTION

In general, the invention relates to an aerial camera system having a plurality of main reels for feeding and reeling a plurality of main cables, a camera interface/safety reel for feeding and reeling a safety reel cable, a stabilized camera head being supported from and flown by the main cables, and a main computer system for controlling the feeding and reeling of the main cables and the safety reel cable. Each of the main reels, the camera interface/safety reel and the camera head are in communication with the main computer system, and the safety reel cable provides power, data and video communication between the camera head and the main computer system. Further, the safety reel cable is capable of supporting the weight of and reeling in the camera head in an emergency mode.

The camera head of the aerial camera system may include a plurality of cantilevered arms rotatably coupled to the main cables respectively. The cantilevered arms of the camera head may be fixed platform arms to adjust pull closer to the center of gravity, articulated platform arms to adjust the level of the camera head, or angled rods pivotally coupled intermediate of the camera head and a cable connection platform to adjust the level of the camera head.

In addition, the aerial camera system may include a camera mounted to the camera head, with the camera having three axis control with 45 degree angled roll axis before tilt axis or three axis control with orthogonal roll axis after tilt axis. The camera mounted to the camera head may provide for camera rotation about a lens nodal point in pan, tilt and roll axes, where the rotation about the lens nodal point eliminates parallax error. Furthermore, the camera mounted to the camera head may include a lens with full servo control of the lens zoom, focus and iris settings.

The camera interface/safety reel of the aerial camera system may have angled sheaves to eliminate cable twist. The camera interface/safety reel can also include a slip ring assembly to effectively transfer the power, data and video communication between the camera head and the main computer system. The aerial camera system can also include a level wind assembly to keep the safety reel cable wound on a drum of the camera interface/safety reel in a controlled and consistent manner. The level wind assembly may include a solid state tension sensor that accurately measures tension of the safety reel cable regardless of the angle from which the safety reel cable enters or exits the level wind assembly.

US 8,199,197 B2

3

Further, each of the main reels may include a level wind assembly coupled thereto in order to keep the main cable wound on the main reel in a controlled and consistent manner. Each of the level wind assemblies includes a solid state tension sensor that accurately measures tension of the main cable regardless of the angle from which the main cable enters or exits the level wind assembly.

The aerial camera system may further comprise a two axis gimbal assembly having two computer-controlled leveling motors for keeping the camera head level as the gimbal assembly moves. The camera head may further comprise two spinning mass gyroscopes mounted on the camera head such that the X-axis and the Y-axis each have one of the spinning mass gyroscopes. In addition, the camera head may have a solid state gyroscope for providing X-axis, Y-axis and Z-axis rotational angle information.

The camera head of the aerial camera system may also comprise an upper camera assembly having a weight plate, a gyro plate having the spinning mass gyroscopes mounted thereon, an electronics plate of the solid state gyroscope, a series of motor controllers and data converters mounted thereon, and a main platform having a pan motor and an array of power supplies mounted thereon. Additionally, the camera head may comprise a lower camera assembly having a pan support tube, a tilt support tube and a camera bracket assembly, wherein the pan support tube is rotatably coupled to the pan motor, wherein the pan support tube is pivotally coupled to the tilt support tube, and wherein tilt support tube is rotatably coupled to the camera bracket assembly.

The aerial camera system may have a plurality of main system sheaves in communication with the main cables and a center system sheave in communication with the safety reel cable. Further, each of the main system sheaves can have a reflective surface.

Each of the main reels and the camera interface/safety reel of the aerial camera system may be constructed of a portable frame supported on a plurality of casters; a motor secured to the frame, the motor having a drive shaft coupled to a drive sprocket, a drive belt coupled to the drive sprocket and a main sprocket; and a drum having a central axle, the central axle coupled to the main sprocket, and the central axle coupled to a brake.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a perspective view of an example of an aerial camera system in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **2** is a perspective view of an example of a main reel in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **3** is a perspective view of the example of the main reel shown in FIG. **2**;

FIG. **4** is a perspective view of an example of a camera interface/safety reel in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **5** is a partial cutaway perspective view of the example of the camera interface/safety reel shown in FIG. **4**;

FIG. **6** is an enlarged partial perspective view of an example of a slip ring assembly of the camera interface/safety reel in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **7** is a perspective view of another example of a camera interface/safety reel in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

4

FIG. **8** is a perspective view of an example of a level wind assembly in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **9** is an enlarged partial perspective view of an example of a tensioning assembly of the level wind assembly in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **10** is a side perspective view of an example of a camera head in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **11** is a side perspective view of another example of a camera head in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **12** is a side perspective view of another example of a camera head in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **13** is a schematic view of an example of a camera head nodal point rotation in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **14** is a perspective view of another example of a camera head in accordance with an illustrative embodiment of the aerial camera system disclosed herein;

FIG. **15** is a perspective view of a lower camera assembly of the camera head shown in FIG. **14**;

FIG. **16** is a perspective view of a gyro plate of an upper camera assembly of the camera head shown in FIG. **14**;

FIG. **17** is a perspective view of an electronics plate of the upper camera assembly of the camera head shown in FIG. **14**;

FIG. **18** is a perspective view of a main platform of the camera head shown in FIG. **14**;

FIG. **19** is a perspective view of an example of a gimbal assembly in accordance with an illustrative embodiment of the aerial camera system disclosed herein; and

FIG. **20** is an enlarged partial view of an outer leveling motor of the gimbal assembly shown in FIG. **19**.

Other advantages and features will be apparent from the following description and from the claims.

## DETAILED DESCRIPTION OF THE INVENTION

The devices and methods discussed herein are merely illustrative of specific manners in which to make and use this invention and are not to be interpreted as limiting in scope.

While the devices and methods have been described with a certain degree of particularity, it is to be noted that many modifications may be made in the details of the construction and the arrangement of the devices and components without departing from the spirit and scope of this disclosure. It is understood that the devices and methods are not limited to the embodiments set forth herein for purposes of exemplification.

Referring to the figures of the drawings, wherein like numerals of reference designate like elements throughout the several views, and initially to FIG. **1**, an aerial camera system **10** used in broadcast sporting events, film productions and entertainment events such as concerts and awards shows. The aerial camera system **10** includes a plurality main reels **12**, a main cable **14** associated with each of the main reels **12**, a camera interface/safety reel **16** (hereinafter referred to as the "safety reel"), a camera interface/safety reel cable **18** associated with the safety reel **16**, and a stabilized camera head **20**. For purposes of exemplification, the aerial camera system **10** is illustrated and discussed with reference to utilizing four (4) main drive reels, but should not be so limited; the aerial camera system **10** may be utilized with as few as two (2) main drive reels in keeping with the spirit and scope.

The camera head **20** is supported from the main cables **14** with the safety reel cable **18** providing power, data and video

US 8,199,197 B2

5

communication between the camera head **20** and a main computer system **22**. Each of the main reels **12**, the safety reel **16** and the camera head **20** are in communication with the main computer system **22**. The computer system **22** controls the feeding and reeling in of the high strength, low weight main cables **14**. Each of the main reels **12** are controlled by the computer system **22** so that an operator of the aerial camera system **10** simply needs to use a joystick to move the camera head **20** in three-dimensional space and the computer system **22** will determine how to command the main reels **12** in order to accomplish the movement of the camera head **20**. Further, the computer system **22** controls the feeding and reeling in of the safety reel cable **18**, which is typically rigged to a center system sheave **24** that is suspended directly over the center of the flight area **26** near the same height of the main system sheaves **28**. Normally during operation, the safety reel **16** only follows the camera head **20** as it moves in three-dimensional space, keeping a constant, relatively low, tension on the safety reel cable **18** so that it does not in interfere with the movement of the camera head **20**. However, in emergency mode, the safety reel cable **18** controlled by the safety reel **16** can support the weight of the camera head **20** and is used to slowly pull the camera head **20** up and out of the way so that it does not interfere with any activity below the flight area **26**.

Each of the main reels **12** includes a large drum **30** that holds approximately 600 feet of main cable **14** after the main cable **14** has been routed from the main reel **12**, up to the main system sheave **28** and down to the camera head **20**, respectively. The main reels **12** may be located near the corners or ends of the flight area **26**. Typically in a sporting event, the main reels **12** are located outside the stadium near the four corners of the stadium and the main cables **14** are run from the main reels **12** up to sheaves located on a support structure, such as light pole, and back down into the stadium to the camera head **20**, which is then suspended over the field. The main reels **12** can then reel in or feed out up to the maximum length of the main cable **14**, depending of the size of the flight area **26**. The main cables **14** may be a light-weight, high-strength plastic rope that can support up to approximately 8000-pounds of tension, thereby allowing the aerial camera system **10** to be rigged lower and/or much farther than prior systems.

Overall smoothness and accurate positioning of the aerial camera system **10** relies heavily on accurately determining the three dimensional location of the main system sheaves **28** in the flight space **26**. The main system sheaves **28** are the last sheaves in the aerial camera system **10** before the main cables **14** reach the camera head **20**, as illustrated in FIG. **1**. While several methods may be used for determining the positions of the main system sheaves **28**, such as measuring the length of the main cable **14** feed from or reeled into the main reels **12**, the most accurate method includes using surveying tools, such as optical or laser range finding components. However, these surveying tools have difficulty accurately measuring dark or non-reflective structures, especially in bright sunlight. By adding reflective tape or reflective surfaces (not shown) to the main system sheaves **28** of the aerial camera system **10**, the accuracy of the survey measurements is significantly increased, thereby directly improving the performance of the aerial camera system **10**. Utilization of reflective surfaces on the main system sheaves **28** eliminates the need to take multiple readings in order to determine the true position of the camera head within the three-dimensional flight space **26** and also reduces setup time of the aerial camera system **10**.

Referring now to FIGS. **2** and **3**, the aerial camera system **10** includes a plurality of main reels **12**, with each of the main reels **12** having a frame **32** with a plurality of casters **34** that

6

enable the main reel **12** to be easily positioned. At least one of the casters **34** may include a caster brake **36** to prevent the main reel **12** from moving once properly positioned. Also attached to the frame **32** of each of the main reels **12** is a motor **38** having a drive shaft **40** connected to a drive sprocket **42**. The motor **38** may be a large servo AC motor and amplifier sized so that the camera head **20** can be accelerated up to fifty (50) mph. A toothed drive belt **44** is engaged with the drive sprocket **42** and a main sprocket **46** in order to transfer power from the motor **38** to a large drum **30**, which holds the main cable **14**. Also attached to the frame **32** and engaged with the drive belt **44** is a belt tensioner **54**. As illustrated in FIG. **2**, the main sprocket **46** may also include a removable handle **48** in order to manually rotate the drum **30**. The main sprocket **46** is connected to one end of a central axle **50** of the drum **30**, and a main brake **52**, such as an electromagnetic brake, is connected to the other end of the central axle **50** of the drum **30**. Each respective end of the central axle **50** of the drum **30** may be secured within generally U-shaped slots **56** of the side walls of the frame **32**, as shown in FIG. **3**. The motor **38** of each of the main reels **12** is in communication with the computer system **22**. As illustrated in FIGS. **2** and **3**, the drum **30** may be a grooved drum **30** and the main reel **12** may include a spring-loaded cable keeper **58** to aid in keeping and winding of the main cable **14** about the drum **30** during operation.

Referring now to FIGS. **4** through **6** illustrating an example of the safety reel **16** of the aerial camera system **10**, similarly to the main reels **12**, the safety reel **16** includes a frame **60** with a plurality of casters **62** that enable the safety reel **16** to be easily positioned. At least one of the casters **62** may include a caster brake **64** to prevent the safety reel **16** from moving once properly positioned. Also attached to the frame **60** of the safety reel **16** is a motor **66** having a drive shaft **68** connected to a drive sprocket **70**. The motor **66** may be a large servo AC motor with an amplifier sized so that the safety reel cable **18** is capable of trailing the camera head **20**, which may be traveling up fifty (50) mph. A toothed drive belt **72** is engaged with the drive sprocket **70** and a main sprocket **74** in order to transfer power from the motor **66** to a large drum **76**, which wraps and holds the safety reel cable **18**. The safety reel **16** may include a belt tensioner (not shown) similar to the main reels **12** or the frame **60** of the safety reel **16** may include an elongate adjustment opening **78** through which the drive shaft **68** of the motor **66** protrudes to connect to the drive sprocket **70**. Likewise, the motor **66** may be adjustably attached to the frame **60** so that the motor **66** may be moved fore and aft in order to tension the drive belt **72** around the drive sprocket **70** and the main sprocket **74**. The main sprocket **74** is connected to one end of a central axle **80** of the drum **76**, and a brake **82**, such as an electromagnetic brake, is connected to the other end of the central axle **80** of the drum **76**. Each respective end of the central axle **80** of the drum **76** may be secured within generally U-shaped slots **84** of the side walls of the frame **60**, as shown in FIGS. **5** and **6**. The motor **66** of the safety reels **16** is in communication with the computer system **22**.

The safety reel **16** also includes a slip ring assembly **86** attached to the central axle **80** at the same end as the brake **82**. The slip ring assembly **86** may be housed within a protective housing **88** in order to shelter it from the surrounding elements. The slip ring assembly **86** of the safety reel **16** allows for continuous communication between the safety reel cable **18** and the main fiber optic, copper and other electrical cables from a main control trailer. Since the main fiber optic, copper and other electrical cables from the main control trailer are static, the slip ring assembly **86** allows their electrical power and data and video signals to be transferred to the safety reel

7
8

cable **18**, which is being feed from and reeled onto the rotating drum **76** of the safety reel **16** during operation. After connecting to the slip ring assembly **86**, the safety reel cable **18** is routed within the central axle **80** and out of an aperture **90** in order to be wound about the drum **76** of the safety reel **16**. The slip ring assembly **86** of the safety reel **16** includes at least a fiber optic slip ring **92** in order to transfer the data and video signals from the main fiber optic cable to the safety reel cable **18** and a copper slip ring **94** in order to transfer the electrical power from the main power cable to the safety reel cable **18**.

FIG. **7** illustrates another example of the safety reel **16** of the aerial camera system **10**. The safety reel **16** includes a fixed array of sheaves **96** and a movable array of sheaves **98**, similar to a block and tackle arrangement. As illustrated, the fixed array of sheaves **96** may be angled to eliminate safety reel cable **18** twist found in traditional block and tackle arrangements. The movable array of sheaves **98** and the fixed array of sheaves **96** may be horizontal and aligned in parallel. The movable array of sheaves **98** are slidably mounted to guide rails **100**. Guide rails **100** may be vertically oriented, aligned in parallel and secured to the frame **60** of the safety reel **16**. By way of example, the movable array of sheaves **98** may be slidably mounted to guide rails **100** using linear motion bearings, slide bearings, rolling-element bearings or plane bearings (collectively **102**). Alternatively, the guide rails **100** may be replaced with ball screws for moving the movable array of sheaves **98** in relation to the fixed array of sheaves **96**, in which case the safety reel **16** may include a drive shaft (not shown) connected to the motor **66** in order to translate the rotational motion of the drive shaft to linear movement of the movable array of sheaves along the ball screws. In this exemplified version of the safety reel, the safety reel **16** is designed using multiple wraps on the fixed array of sheaves **96** and the movable array of sheaves **98** so that safety reel cable **18** can be pulled in or let out, yet the safety reel cable **18** to the main control trailer from the safety reel **16** is anchored to the ground or similar support structure. During operation, the safety reel cable **18** is fed through a series of main sheaves, collectively **104**, from the main control trailer to the flight area **26**. One of the main sheaves **104** may also include a tension sensor **106** that accurately measures the tension on the safety reel cable **18** regardless of the angle from which safety reel cable **18** enters or exits the safety reel **16**, thereby keeping the safety cable wound about the fixed array of sheaves **96** and the movable array of sheaves **98** in a controlled and consistent manner. Unlike the example of the safety reel **16** illustrated in FIGS. **4** though **6**, the example of the safety reel **16** shown in FIG. **7** does not require a slip ring assembly **86**.

Referring now to FIGS. **8** and **9**, the aerial camera system **10** may further include a level wind assembly **108** attached to the frame **60** of the safety reel **16** to keep the safety reel cable **18** wound about the drum **76** in a controlled and consistent manner during operation. The level wind assembly **108** may also be attached to the frame **32** of each of the main reels **12**, in which case, the spring-loaded cable keeper **58** may be omitted. The level wind assembly **108** includes a pair of substantially upright supports **110** aligned in parallel, with an upper linear shaft **112** and a lower linear shaft **114** rotatably attached there between. Also rotatably attached between the upright supports **110** intermediate of the upper linear shaft **112** and the lower linear shaft **114** is an auto-reversing ball screw **116**. One end of the ball screw **116** protrudes through an elongate adjustment opening **118** in one of the upright supports **110** and is connected to a drive sprocket **120**. The ball screw **116** may also include a manual clutch assembly **122** in order to adjust the friction force from the drive sprocket **120** to the ball screw **116**. A toothed drive belt **124** is engaged with the drive sprocket **120** of the level wind assembly **108** and is also engaged with the central axle **80** of the safety reel **16** intermediate of the frame **60** and the drive sprocket **74**. If the level wind assembly **108** is utilized with the main reels **12**, the drive belt **124** would similarly engage the central axle **50** of the main reel **12** intermediate of the frame **32** and the drive sprocket **46**. As such, the rate of rotation of the drive sprocket **120** of the level wind assembly **108** is synchronized with the rate of rotation of the drive sprocket **74** of the safety reel **16** (and the drive sprocket **46** of each of the main reels **12**, if applicable), all of which are powered by the motor **66** (or the motor **38**, if applicable). Also attached to the upright support **110** having the elongate adjustment opening **118** is a belt tensioner **126** that is engaged with the drive belt **124**.

Moreover, the level wind assembly **108** includes a tensioning assembly **128** slidably engaged with the upper linear shaft **112** and the lower linear shaft **114**. The tensioning assembly **128** is also engaged with the ball screw **116**, which causes the tensioning assembly **128** to slide along the upper liner shaft **112** and the lower linear shaft **114**. The tensioning assembly **128** may be respectively slidably mounted to the upper linear shaft **112** and the lower linear shaft **114** using linear motion bearings, slide bearings, rolling-element bearings or plane bearings (collectively **130**). The tensioning assembly **128** also includes an upper sheave **132** and a lower sheave **134** being substantially axially aligned and an intermediate sheave **136** being offset from and aligned on a parallel axis to the upper sheave **132** and the lower sheave **134**. A cable guide assembly **144** may be also provided for guiding the safety reel cable **18** (or main cable **14**) into or out of the upper sheave **132**. A pair of opposing tension sensor plates **138** is joined via a series of groove rollers **140** and is in contact with a solid state tension sensor **142**, which is in communication with the computer system **22** and which accurately measures the safety reel cable **18** (or main cable **14**) tension as it passes along the intermediate sheave **136** regardless of the angle from which the safety reel cable **18** (or main cable **14**) enters or exists the level wind assembly **108**. The upper sheave **132**, the lower sheave **134** and the intermediate sheave **136**, with the tension sensor **142** attached, of the tensioning assembly **128** of the level wind assembly **108** are arranged so that as the safety reel cable **18** (or the main cable **14**) winds through the level wind assembly **108**, the tension from the safety reel cable **18** (or the main cable **14**) always compresses the tension sensor **142** in line with its sensing axis regardless of how the cable **14** or **18** enters or exits the level wind assembly **108**. While it is possible to extrapolate cable tension from the drive motor **66** (or motor **38**) torque readings to provide accurate static measurements, when the drum **76** (or drum **30**) is moving or accelerating/decelerating, these measurements are much less accurate. By reading the tension directly on the cable **14** or **18**, a more accurate measurement of cable tension is achieved, which allows for advanced control algorithms, safety systems and better feedback to the system operator. Using the tension sensor **142** to directly read tension on the cable **14** or **18** enhances the responsiveness of the safety reel **16** (or the main reel **12**) of the aerial camera system **10**, which can in turn use this accurate, instant cable tension measurement to sense system problems faster and begin the active safety procedures of lifting the camera head **20** up and out of the way of any people or activity on the field.

The camera head **20** of the aerial camera system **10** is fully stabilized in three linear and three angular (six degree of freedom) axis providing a stable and steady video image regardless of minor fluctuations in camera movement. The aerial camera system **10** also provides a full set of positional

US 8,199,197 B2

9

data (X, Y, Z, pan, tilt, zoom and focus) to the video broadcaster for use in adding graphic overlays to the video image. The stabilized camera head **20** is designed to eliminate minor disturbances from affecting the video image.

The camera head **20** may include an onboard computer system that controls stabilization, operator's commanded movements, position feedback and interfaces with the main computer **22**. The camera head **20** may be powered by a DC voltage supplied through the safety reel cable **18** of the safety reel **16** and all video and data is interfaced using fiber optic cables included in the safety reel cable **18** of the safety reel **16**. Power and data may be transferred through an electrical slip ring so that the camera pan position can be constantly rotated through a full 360 degrees.

Each of the camera control positions (pan, tilt and roll) may be controlled using brushless DC electric motors, similar to those that provide stabilization control. An operator of the aerial camera system **10** can command a pan, tilt or roll movement and even these are stabilized while moving so that the image moves in smoothly. Each control position may also include an absolute encoder and a known linkage to the rest of the aerial camera system **10** so that full positional data, relative to the surface of the field, can be transmitted back to the main computer system **22** and on to the broadcast video truck. The camera lens may include a full servo motor control of the zoom and focus (and iris) with absolute encoder feedback so that these positions can also be transmitted. By adding these to the X, Y, Z position data, a full set of data describing exactly where the camera head **20** and the lens focal point are in three dimensional space, relative to a known surface, may be utilized to add on-field graphics, such as the First and Ten Line used in televised football or other CGI graphics used in the film and entertainment industries.

The camera head **20** of the aerial camera system **10** may utilize various platform stabilization methods, all of which utilize a lower camera assembly **146** having a main platform **148**, a pan support arm **150** rotatably connected to a bottom of the main platform **148**, a tilt support arm **152** rotatably connected to the pan support arm **150** and a camera **154**. For example, the camera head **20** may include the main platform **148** having fixed cantilevered arms **156** rotatably connected, respectively, to the main cable **14** in order to adjust the pull closer to the center of gravity of the platform **146**, as shown in FIG. **10**. By way of another example, the main platform **148** may have articulating platform arms **158** to adjust the level of the platform, as shown in FIG. **11**, or angled rods **160** may be rotatably connected intermediate of the main platform **148** and a cable connection platform **162** to adjust the level, as shown in FIG. **12**.

In each of the camera heads **20** illustrated in FIGS. **10** through **12**, the roll axis A is rotated **45** degrees from the horizon to compensate for nominal camera positions and to eliminate gimbal lock. Further, each of the camera heads shown in FIGS. **10** through **12** may include multiple position sensors (e.g., gyroscopes and accelerometers) that are used in the active stabilization control loop. For example, the camera head **20** may be held in a stable position by reading two high rate accelerometers. One accelerometer may be mounted on the main platform **148** and one may be mounted directly on the camera **154**, and adjusting the pan, tilt and roll position to compensate for any unwanted movement. A high stability solid state gyro may be used to compensate for drift in the aerial head **20**, which constantly readjusts the aerial camera system **10** so that the camera position is correlated to the earth's surface, thereby keeping the camera head **20** level and pointed in the known direction.

10

Furthermore, the camera head **20** of the aerial camera system **10** may include various camera movement methods, such as three axis control with **45** degree angled roll axis before tilt axis, as shown in FIGS. **10** through **12**, or three axis control with orthogonal roll axis after tilt axis, as shown in FIG. **13**. In the later, the camera head **20** of the aerial camera system **10** provides for camera **152** rotation about the lens nodal point **164** in all three axis (i.e., pan axis **166** and tilt and roll axis **168**), wherein rotation about the lens nodal point **164** eliminates parallax error in the image.

Turning now to FIGS. **14** through **18** illustrating another example of the camera head **20**, the aerial camera system **10** may include a camera head **20** that utilizes a two-axis gimbal assembly **168** to adjust the level of the main platform **148**. In this example, the camera head **20** includes the lower camera assembly **146**, an upper camera assembly **166** and a two-axis gimbal assembly **168**. As shown, the upper camera assembly **166** may be enclosed in an environmentally protected housing **170** to ensure that rain and moisture do not damage the electronics and so that rain drops, dust, etc. do not interfere with the image quality.

Referring to FIG. **15**, the lower camera assembly **146** of the camera head **20** may include a pan shaft **172** extending through and rotatably connected to the main platform **148** via a pan bracket **174**. The pan support tube **150** is fixed at one end to the pan bracket **174** and pivotally connected via a pan/tilt shaft bracket **176** to one end of the tilt support tube **152**. The pan tube **150** is rotated with respect to the tilt tube **152** using a tilt motor **178** having a drive shaft (not shown). The tilt motor **178** is secured to the pan/tilt shaft bracket **176** using a tilt motor bracket **180** and a pan/tilt shaft bracket clamp **182**, thereby enabling the pan support tube **150** to pivot about the drive shaft of the tilt motor **178** in relation to the tilt support tube **152**. The opposing end of the tilt support tube **152** is pivotally connected via a tilt/roll shaft bracket **184** to a camera bracket assembly **186**. The camera bracket assembly **186** is rotated with respect to the tilt tube **152** using a roll motor **188** having a drive shaft (not shown), which is passed through the tilt/roll shaft bracket **184** and is connected to a roll camera bracket **190**. The roll camera bracket **190** includes a connector assembly **192** that patches the camera **154** video connections to the camera head **20**. The camera bracket assembly **186** may also include a pair of side brackets **194** fixed to the roll camera bracket **190** and a pair of camera mounts **196** respectively connected to the side brackets **194**. The camera mounts **196** include a camera mount platform **198** which supports the camera **154**.

Referring to FIG. **16**, the upper camera assembly **166** includes a weight plate **200** that allows for additional balancing weights to be added for adjustment of the camera head **20**. The upper camera assembly **166** also includes a gyro plate **202** mounted thereon in a spaced relation from the weight plate **200**. An electronics plate **210** may also be mounted on the upper camera assembly **166** which provides a platform the electronics of the camera head **20**. In spaced relation from the electronics plate **210** is the main platform **148** of the upper camera assembly **166** of the camera head **20** of the aerial camera system **10**. The camera head **20** of the aerial camera system **10** may utilize spinning mass gyroscopes **204** mounted to the gyro plate **202**, each respectively including a power inverter **206**, which is mounted to the gyro plate **202** using an inverter bracket **208**.

Turning now to FIG. **17**, the electronics plate **210** of the upper camera assembly **166** may include a series of motor controllers, collectively **226**, with two (2) of the motor controllers **226** controlling X-Y axis movements and the other motor controller **226** controlling Z-axis movement. Also

US 8,199,197 B2

11                                                                    12

mounted on the electronics plate **210** may be a fiber optic to copper Ethernet connector **214**, along with an Ethernet to serial converter **216**. Current broadcast quality camera systems utilize a separate camera controller unit that allows the production crew to adjust the camera's video image, including iris setting, color settings, filter settings, etc. This camera controller unit ("CCU" or sometimes called the "paint box") is typically located in the broadcast production truck and is used along with controllers for other cameras to get a high quality image that is consistent between the different cameras (i.e., the color of the green grass in football is exactly the same for all camera video images). The interface between the CCU and the camera itself is typically a standard serial interface (e.g., RS-485) that supports the long cable distances between the CCU and the camera. Current camera systems require a dedicated signal path (fiber optic, copper cable or wireless) for this control. This is in addition to other camera control interfaces, such as zoom, focus or, in the case of a remote controlled camera, pan, tilt or roll. By using a dedicated signal path, the overall system wiring is increased and additional failure points are introduced (more connectors, cables, etc.). The aerial camera system **10** may utilize a method that allows the signaling from the CCU to be incorporated into the existing signal path for the other camera head **20** functions, and therefore eliminates the need for a dedicated signal path and increases the overall system's reliability. The CCU serial data is interfaced to the main computer system **22** of the aerial camera system **10**, which incorporates this data into the high speed Ethernet signal path that already exists between the main computer system **22** and the camera head **20**. The data is then retrieved from the Ethernet signal path at the camera head **20** and interfaced directly to the camera **154**, resulting in effectively the same control interface as if the CCU were connected directly through its own dedicated line.

By utilizing the foregoing method, the aerial camera system **10** has access to the CCU data and can interpret this data in order to provide visual feedback to the system operators of the current camera control unit settings (this data is not typically available since the CCU is located in the broadcast truck and is not physically visible to the system operators). Additionally, this data can be intercepted and controlled by the system operators by using software that overrides the CCU unit. This allows the system operators to selectively take control of various camera control functions, such as iris control, that is typically available to stationary camera operators, but not to remote camera operators (simply because most remote cameras have all their camera control functions controlled only by the CCU). This method allows the aerial camera system **10** operators to control specific camera functions that are more appropriately controlled by them instead of the broadcast production crew. The ability to selectively control camera functions at the system operator's station allows quicker adjustments to changes in lighting, etc., as the camera head **20** moves and therefore enhances the overall video image and broadcast presentation.

Referring now to FIG. **18**, the upper camera assembly **166** of the camera head **20** includes an array of power supplies **218** mounted on the main platform **148**. A video converter **220** may also be include and mounted to an underside of the electronics plate **210** using a video converter bracket **222**. Also mounted on the main platform **148** via a pan motor bracket **224** is a pan motor **226**. The pan motor **226** includes a drive shaft (not shown) in communication with an annular toothed sprocket **228**, which in turn is joined to the pan bush **172** for rotating the pan support tube **150**.

Turning now to FIGS. **19** and **20**, the camera head **20** exemplified in FIG. **14** includes the two-axis, rotating gimbal

assembly **168**. As shown in FIG. **19**, the gimbal assembly **168** includes an inner gimbal frame **230** and an outer gimbal frame **232**. The size and the shape of the inner gimbal frame **230** and the outer gimbal frame **232** may be adjustable depending upon the particular circumstances in which the aerial camera system **10** is utilized and depending on the configuration of the camera head **20**. For purposes of exemplification, the inner gimbal frame **230** and the outer gimbal frame **232** are illustrated as having a square configuration, but should not be so limited. The gimbal assembly **168** includes a plurality of cable attachment mechanisms **234** upon which the respective main cables **14** may be attached, such as by way of a carabineer (not shown).

The inner gimbal frame **230** includes a first shaft block **236** having a terminal end of a first inner gimbal shaft **238** rotatably disposed therein. The other terminal end of the first inner gimbal shaft **238** is rotatably disposed within a first inner bearing block **240**, which in turn is mounted on the main platform **148** of the camera head **20**. The inner gimbal frame **230** includes a second shaft block **242** having a terminal end of a first outer gimbal shaft **244** disposed therein. The other terminal end of the first outer gimbal shaft **244** is rotatably disposed within a first outer bearing block **246**. The inner gimbal frame **230** also includes a third shaft block **248** having a terminal end of a second inner gimbal shaft **250** disposed therein. The other terminal end of the second inner gimbal shaft **250** is rotatably disposed within a second inner bearing block **252**. The second inner bearing block **252** is mounted on the main platform **148** of the camera head **20** and also includes an inner leveling motor **254** secured thereto via an inner motor mount **256**. The inner leveling motor **254** includes a drive shaft **258** disposed within a clamping hub **260** and engaged with a motor sprocket **262**. The motor sprocket **262** is engaged with a half moon sprocket **264**, which has the second inner gimbal shaft **250** engaged therein. During operation of the aerial camera system **10**, rotary action of the drive shaft **258** powered by the inner leveling motor **254** is transferred to the motor sprocket **262**, which in turn is transferred to the half moon sprocket **264**; rotation of the half moon sprocket **264** causes the second inner gimbal shaft **250** to rotate thereby rotating the second inner bearing block **252**, which in turn results in movement about an axis of the main platform **148** of the camera head **20**.

FIG. **20** illustrates an enlarged partial perspective view of the outer leveling motor assembly of the gimbal assembly **168** of the aerial camera system **10**. The gimbal assembly **168** includes a second outer gimbal shaft **266** rotatably disposed between a fourth shaft block **268** and a second outer bearing block **270**. An outer leveling motor **272** is secured to the second outer bearing block **270** using a motor mount **274**. The outer leveling motor **272** includes a drive shaft **276**, which is centrally disposed within and engaged with a clamping hub **278** and a drive sprocket **280**. The second outer gimbal shaft **266** is engaged with a half moon sprocket **282**, and the half moon sprocket **282** is in communication with the drive sprocket **280**. A set of gear spacers **284** may be disposed intermediate of the half moon sprocket **282** and the fourth shaft block **268** of the inner gimbal frame **230**. The outer leveling motor **272** operates in much the same manner as the inner leveling motor **254**, but rather results in movement of the main platform **148** of the camera head **20** along a second axis via the first inner gimbal shaft **238** that is rotatably disposed within the first inner bearing block **240**.

The camera head **20** uses the rotating gimbal assembly **168** (X and Y rotation) with two computer controlled leveling motors **254** and **272** for keeping the main platform **148** level as the gimbal assembly **168** moves. The leveling motor com-

US 8,199,197 B2

13

puter controllers **226** input is a three axis, high speed, high resolution solid state gyroscope **212** that provides X, Y, and Z rotational angle information. However, current leveling motor control algorithms have a finite response rate, which may not be able to fully stabilize the camera head **20** against high rates of disturbances. The spinning mass gyroscopes **204** of the aerial camera system **10** eliminate high rate disturbances from reaching the camera **154**, and therefore eliminating the need for the motor controllers **226** to react to these high rate inputs. As illustrated in FIG. **16**, the aerial camera system **10** may utilize two (2) spinning mass gyroscopes **204**, each of which includes two counter rotating masses that spin at a high rate of speed, and therefore resist movement in two axes, included in the camera head **20**. The spinning mass gyroscopes **204** are mounted on the camera head **20** so that the X and Y axis each have one of the two spinning mass gyroscopes' **204** control axis resisting its movement and the Z axis has a combination of the other two spinning mass gyroscopes **204** control axis. The Z axis (the pan axis at the camera lens) therefore has effectively double the control and is subsequently highly resistive to high rate disturbances. This is advantageous since the pan axis is the only camera head axis that is hard coupled to the gimbal assembly **168** and therefore the most susceptible to outside disturbances. By adding the spinning mass gyroscopes **204** to the camera head **20**, these disturbances do not translate through the structure to the camera lens and the overall effect is a highly stabilized video image regardless of disturbances while moving the camera head **20** through three dimensional space, even at high rates of speed, accelerations and changes in direction.

Furthermore as discussed herein, the camera head **20** may include the combined use of spinning mass gyroscopes **204**, the rotational gimbal assembly **168** with leveling motors **254** and **272** and active camera stabilization. Since the camera head **20** includes motion control of the main platform **148** leveling as well as the camera's **154** pan/tilt/roll position, the addition of the solid state gyroscope **212** on the electronics plate **210** completes a control loop that allows the pan motor **224**, the tilt motor **178** and the roll motor **188** to compensate for external disturbances that result in unintentional camera movement. The combination of the control method of the aerial camera system **10** along with an actively stabilized platform **148** and spinning mass gyroscopes **204** results in an extremely stabile camera head **20** that significantly improves the video image stability regardless of camera head **20** movement. Each of these system control components of the aerial camera system **10** has unique benefits to the overall camera stabilization and addresses each of the unique types of outside disturbances; the combination of these is much more effective than even the best implementation of each one separately.

An operator's station may comprise at least one operator control panel, a computer and a video monitor. There may be two operators to control the aerial camera system **10**: a pilot and a camera operator, however, a single person may act as both the pilot and camera operator. The pilot uses a control panel that has a joystick for moving the camera in the X direction (left or right) and the Y direction (forward or backward), a rocker pot joystick for moving the camera in the Z direction (up or down), and a sensitivity knob for adjusting the relative speed of the system. The camera operator uses the same control panel as the pilot, except that the joystick is for operating the pan and tilt of the camera, the rocker pot joystick operates the zoom and the sensitivity knob operates the focus. The control panel may include LED's showing system status, a guarded toggle switch for controlling the system on/off and an emergency off button. Also included on the control panel may be the interface hardware for the produc-

14

tion audio system, including a two channel audio controller with push to talk (on the top of the joystick) and separate volume controls.

A portable computer system can be used to interface the control panel to the main control system (trailer) and to act as an interface to the main computer system **22**. Both the portable computer and the video monitor, along with cable connections may be enclosed in a rugged case, called the operators station unit that allows for easy setup of the operator's station. The control panel may plug into the operator station unit using one cable, and the operator's station unit may interface to the main control system (trailer) using a single control cable, which includes multiple fiber optic and copper wires. Keeping the connections limited and simple helps ensure that the aerial camera system **10** can be easily setup in almost any location.

The main control system may comprise the main computer system **22**, power supplies, video switching equipment, audio switching equipment and all other interface and control equipment needed to operate the aerial camera system **10**. The components of the main control system may be installed within a standard twenty (20) foot enclosed trailer, which allows for easy transport between events and quick and easy setup at each event. The main control system trailer may be the central control system, and the operator's station and the main reels **12** and the safety reel **16** can all be cabled directly to this trailer.

The trailer is typically located outside the stadium near the other video production trucks/trailers. A production interface box, with all the necessary connections for production audio, video and data may be located right at the video production truck and provides easy connection for the video broadcast company. This production interface box (part of the main control system) can then cabled to the main control system trailer using a single, multi-conductor/fiber cable. All audio, video and control/data connections are available at this production interface box. The trailer can also include storage space for the main reels **12**, the safety reel **16**, the camera head **20** and the operator's station, as well as space for spare parts and tools. The aerial camera system **10** can be packed and transported between events using this trailer.

Setting up a cable suspended camera system's proper flight boundaries is typically a time consuming process for anything other than a very simple rectangular boundary box. Current methods of allowing a flight boundary area to be created from several boundary condition components, such as boxes, planes, cones and cylinders, results in very complicated boundary structures that require significant computer resources to solve in real-time. Typical systems require limits on the number of boundary conditional components or simply limiting the flight boundary to a simple rectangle in order to keep the computational requirements within the systems capabilities. Unfortunately, using simple rectangles significantly reduces the overall flight space for a particular venue and therefore reduces the overall effectiveness of the camera system itself. The aerial camera system **10** may use a set of predefined initial boundary shapes that not only supports various, typical, flight boundary requirements but also require much less computational resources than building these shapes using separate conditional components. These predefined shapes include rectangles, rectangles with angled sides, and specialized shapes that support unique flight areas but that have computational traits, such as symmetrical or orthogonal sides or planes, that reduce the overall computational resources. By using these predefined boundaries, and simply adjusting their size and location in three dimensional space, the aerial camera system **10** can be quickly setup and

US 8,199,197 B2

15

16

still provide a unique flight area that covers more overall area and therefore increases the systems usability and effectiveness.

The aerial camera system **10** may also utilize a Linear Time Collision Detection algorithm, which allows the system to quickly calculate a "safe flight" boundary area of any closed space type (i.e. not limited to simple rectangular shapes). The bounding problem for the camera platform has two components, the setup of the bounding space and the detection of collision with the bounding space. There are several requirements for the algorithm to work. The first requirement is high speed. The system must perform the collision detection hundreds of times per second. The second requirement is that it must work for a general space. This Linear Time Collision Detection algorithm solves both problems.

The Linear Time Collision Detection algorithm is linear time in the collision detection code, which is achieved by calculating the nearest vertex of the space to the camera position and finding the bounding lines created by that vertex and its nearest neighbor on the X, Y, and Z axis. This will create a linear program with three constraints. As long as the new camera position doesn't violate any constraint, the camera is in a valid position. The algorithm requires only three constraints because the closest vertex is known. Constraints that deal with other vertices don't come into play, because if they did, the camera would be closest to that vertex. The most intensive calculation in this is finding the closest vertex which is at the maximum, limited to the total number of vertices for the space.

The algorithm can also handle arbitrary spaces. The only input into the system is a list of extreme points for a three-dimensional space and relationships between the points are created forming the shell of the space. Starting with a single node, the nearest neighbors on the X, Y, and Z axis are determined by calculating the distance on a single axis between the two points and then adding the distance on the other axis cubed. This allows the system to detect points that are close to being on the same axis as a point but creates a slanting type of line. Then the system repeats that process for the newly discovered closest neighbors until the shape is closed.

The solution is implemented with a frontend and a backend architecture. The frontend allows the user to input a series of points using a convenient graphic interface. Once the bounding points have been selected, they are transferred to a backend computer running a real-time operating system. The points are linked to their nearest neighbors during a startup sequence. When the obstacle avoidance system is activated, each new position is submitted to the algorithm which indicates whether the position is inside or outside of the defined area. Using this information, the new position can then be modified so that the camera remains within the defined area. The algorithm can also determine a position's distance from the edge of the defined area. By monitoring this information, the speed of individual motion axis can be modulated so that the camera maintains smooth and continuous motion even as it approaches the edge of the defined area. This behavior could be used by an operator to skim along an interior surface of the defined fly area.

Whereas, the devices and methods have been described in relation to the drawings and claims, it should be understood that other and further modifications, apart from those shown or suggested herein, may be made within the spirit and scope of this invention.

What is claimed is:

**1**. An aerial camera system, comprising:

a plurality of main reels for feeding and reeling a plurality of main cables;

a camera interface/safety reel for feeding and reeling a safety reel cable;

a stabilized camera head being supported from and flown by said main cables;

a main computer system for controlling said feeding and reeling of said main cables and said safety reel cable, wherein each of said main reels, said camera interface/ safety reel and said camera head are in communication with said main computer system; and

wherein said safety reel cable provides power, data and video communication between said camera head and said main computer system, and wherein said safety reel cable is capable of supporting the weight of and reeling in said camera head in an emergency mode.

**2**. The aerial camera system of claim **1** wherein said camera head includes a plurality of cantilevered arms rotatably coupled to said main cables respectively.

**3**. The aerial camera system of claim **2** wherein said cantilevered arms of said camera head are fixed platform arms to adjust pull closer to the center of gravity.

**4**. The aerial camera system of claim **2** wherein said cantilevered arms of said camera head are articulated platform arms to adjust the level of said camera head.

**5**. The aerial camera system of claim **2** wherein said cantilevered arms of said camera head are angled rods pivotally coupled intermediate of said camera head and a cable connection platform to adjust the level of said camera head.

**6**. The aerial camera system of claim **1** wherein a camera mounted to said camera head includes three axis control with 45 degree angled roll axis before tilt axis.

**7**. The aerial camera system of claim **1** wherein a camera mounted to said camera head includes three axis control with orthogonal roll axis after tilt axis.

**8**. The aerial camera system of claim **1** wherein a camera mounted to said camera head provides for camera rotation about a lens nodal point in pan, tilt and roll axes, and wherein rotation about said lens nodal point eliminates parallax error.

**9**. The aerial camera system of claim **1** wherein a camera mounted to said camera head includes a lens with full servo control of the lens zoom, focus and iris settings.

**10**. The aerial camera system of claim **1** wherein said camera interface/safety reel includes angled sheaves to eliminate cable twist.

**11**. The aerial camera system of claim **1** wherein said camera interface/safety reel includes a slip ring assembly to effectively transfer said power, data and video communication between said camera head and said main computer system.

**12**. The aerial camera system of claim **1** further comprising a level wind assembly to keep said safety reel cable wound on a drum of the said camera interface/safety reel in a controlled and consistent manner.

**13**. The aerial camera system of claim **12** wherein said level wind assembly includes a solid state tension sensor that accurately measures tension of said safety reel cable regardless of the angle from which said safety reel cable enters or exits said level wind assembly.

**14**. The aerial camera system of claim **1** wherein each of said main reels includes a level wind assembly coupled thereto in order to keep said main cable wound on said main reel in a controlled and consistent manner.

**15**. The aerial camera system of claim **14** wherein each of said level wind assemblies includes a solid state tension sensor that accurately measures tension of said main cable regardless of the angle from which said main cable enters or exits said level wind assembly.

US 8,199,197 B2

**17**

**16**. The aerial camera system of claim **1** further comprising a two axis gimbal assembly having two computer-controlled leveling motors for keeping said camera head level as said gimbal assembly moves.

**17**. The aerial camera system of claim **16** wherein said camera head further comprises two spinning mass gyroscopes mounted on said camera head such that the X-axis and the Y-axis each have one of said spinning mass gyroscopes, and wherein said camera head further comprises a solid state gyroscope for providing X-axis, Y-axis and Z-axis rotational angle information.

**18**. The aerial camera system of claim **17** wherein said camera head further comprises:

 an upper camera assembly having a weight plate, a gyro plate having said spinning mass gyroscopes mounted thereon, an electronics plate of said solid state gyroscope, a series of motor controllers and data converters mounted thereon, and a main platform having a pan motor and an array of power supplies mounted thereon; and

 a lower camera assembly having a pan support tube, a tilt support tube and a camera bracket assembly, wherein

**18**

said pan support tube is rotatably coupled to said pan motor, wherein said pan support tube is pivotally coupled to said tilt support tube, and wherein tilt support tube is rotatably coupled to said camera bracket assembly.

**19**. The aerial camera system of claim **1** further comprising a plurality of main system sheaves in communication with said main cables and a center system sheave in communication with said safety reel cable, and wherein each of said main system sheaves includes a reflective surface.

**20**. The aerial camera system of claim **1** wherein each of said main reels and said camera interface/safety reel comprises:

 a portable frame supported on a plurality of casters;

 a motor secured to said frame, said motor having a drive shaft coupled to a drive sprocket, a drive belt coupled to said drive sprocket and a main sprocket; and

 a drum having a central axle, said central axle coupled to said main sprocket, and said central axle coupled to a brake.

\*    \*    \*    \*    \*