## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

SKYCAM, LLC, a Delaware limited liability company, )
)
)
Plaintiff, )
)
v. )
) Case No. 09-CV-294-GKF-FHM
PATRICK J. BENNETT, an individual, and )
ACTIONCAM, LLC, an Oklahoma limited )
liability company, )
)
Defendants. )

## JUDGMENT

Pursuant to the September 7, 2011, Partial Judgment on Jury Verdicts [Dkt. #297], the

court's September 27, 2012 Opinion and Order pertaining to injunctive relief [Dkt. #347] and the

September 30, 2012, Findings of Fact and Conclusions of Law pertaining to the Ninth Claim for

relief in the Third Amended Complaint [Dkt. #348], judgment is hereby entered in favor of

plaintiff Skycam, LLC, and against Patrick J. Bennett, individually, in the amount of one

hundred thousand dollars ($100,000.00) in actual damages; against Patrick J. Bennett and

Actioncam, LLC, jointly and severally, in the amount of four hundred and nineteen thousand

dollars ($419,000.00) in actual damages; against Actioncam, LLC, individually, in the amount of

seventy-five thousand dollars ($75,000.00) in punitive damages; against Patrick J. Bennett and

Actioncam, LLC, for injunctive relief, as set forth in the court's September 27, 2012, Opinion

and Order [Dkt. #347]; and in favor of defendants Patrick J. Bennett and Actioncam, LLC, on

Skycam, LLC's Ninth Claim for Relief in the Third Amended Complaint for ownership of Patent

Application, US 2009/0207250 A1, and the resulting Patent, Patent No. US 8,199,197 B2, as set

forth in the court's Findings of Fact and Conclusions of Law [Dkt. #348].

ENTERED this 30th day of September, 2012.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT