### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SKYCAM, LLC, a Delaware limited liability company, and SKYCAM, LLC, an Oklahoma limited liability company,<br><br>       Plaintiffs,<br><br>vs.<br><br>PATRICK J. BENNETT, an individual, and ACTIONCAM, LLC, an Oklahoma limited liability company,<br><br>       Defendants. | Case No.09-CV-294-GKF-FHM |

### OPINION AND ORDER

Plaintiff Skycam's Application for Leave to Submit Documents for *In Camera* Review, [Dkt. 380], is before the undersigned United States Magistrate Judge for decision. The motion recites that Defendants object to the motion, however Defendants have not filed a brief setting out the basis for their opposition to the motion.

There being no reasoned opposition to the motion, Plaintiff Skycam's Application for Leave to Submit Documents for *In Camera* Review, [Dkt. 380] is GRANTED.

SO ORDERED this 24th day of September, 2013.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE