IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

SKYCAM, LLC, a Delaware limited liability company, )
)
)
Plaintiff, )
)
v. )
) Case No. 09-CV-294-GKF-FHM
PATRICK J. BENNETT, an individual, and )
ACTIONCAM, LLC, an Oklahoma Limited )
Liability Company, )
)
Defendants. )

## APPLICATION FOR WRIT OF EXECUTION

Plaintiff Skycam, LLC, applies to this Court for a Writ of Execution against Judgment Debtor Patrick J. Bennett ("Bennett"). In support of such application, Plaintiff states as follows:

1. Judgment has been entered against Bennett and in favor of Plaintiff as follows: (a) Judgment entered September 30, 2012, [Doc. #349] in the total amount of $584,000.00; (b) Order on Bill of Costs entered on September 30, 2013, [Doc. #403] in the amount of $150,000.00; and (c) Order Awarding Attorney Fees Entered October 29, 2013, [Doc. #420] in the amount of $2,000,000.00.

2. As of the date of this Application, said Judgment remains unsatisfied.

3. Pursuant to F.R.Civ.P. 69, Plaintiff requests that a Writ of Execution be issued against the chattels of Bennett, including without limitation the following property:

> Any and all intellectual property in which Bennett claims any interest, including without limitation intellectual property relating to any of the following: (1) a 4 point aerial camera system; (2) a two point camera system which can turn a corner; or (3) a robotic

arm camera system for basketball supporting multiple angles from the backboard.

Included with such intellectual property would be any and all drawings, notes, plans, designs, renderings, computer files, memoranda, work product, books and records, records of experiments, models, mock-ups, patents, patent applications, draft patent applications, or other written, electronic, or other physical manifestation of any kind, including all draft, preliminary, interim, provisional, and/or final versions of any of the above, containing or reflecting such intellectual property.

A proposed Writ of Execution is being submitted contemporaneously with this Application.

Respectfully submitted,

/s/Charles Greenough
Rachel Blue, OBA #16789
Charles Greenough, OBA #12311
MCAFEE & TAFT A PROFESSIONAL CORPORATION
1717 South Boulder, Suite 900
Tulsa, OK  74103
Telephone:   (918) 587-0000
Facsimile:    (918) 599-9317
Email: rachel.blue@mcafeetaft.com
Email: charles.greenough@mcafeetaft.com

*ATTORNEYS FOR SKYCAM LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal to all parties who have entered their appearances in this case on said system, and by first class mail to the following:

Patrick J. Bennett
6600 South Ash Place
Tulsa, OK  74011

/s/Charles Greenough
Charles Greenough

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

WRIT OF EXECUTION

To the Marshal of:  Northern District of Oklahoma

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:  Patrick J. Bennett

you cause to be made and levied as well as a certain debt of $ 2,584,000.00 in the United States District Court for the Northern District of Oklahoma, before the Judge of said Court by the consideration of the same Judge lately recovered against the said, Patrick J. Bennett, in Case No. 09-CV-294-GKF-FHM Judgment entered September 30, 2012 [Dkt. No. 349] and Order Awarding Attorney Fees entered October 29, 2013 [Dkt. No. 420]

and also the cost that may accrue under this writ. And that you have above listed moneys at the place and date listed below, and that you bring this writ with you.

| Place: 6600 South Ash Place | District: Northern District, OK |
|---|---|
| City: Tulsa, OK 74011 | Date: |

| Date: | Phil Lombardi, Clerk of Court |
|---|---|
| | By:                                                       Deputy Clerk |

**RETURN**

| Date Received: | Date of Execution of Writ: |
|---|---|

**This writ was received and executed.**

| U.S Marshal | By:                                                     Deputy Marshal |
|---|---|

Writ of Execution                                                                                                          DC-11 Modified (12/10)