
# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

### WRIT OF EXECUTION

To the Marshal of: Northern District of Oklahoma

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to: Patrick J. Bennett

you cause to be made and levied as well as a certain debt of $ 2,584,000.00 in the United States District Court for the Northern District of Oklahoma, before the Judge of said Court by the consideration of the same Judge lately recovered against the said, Patrick J. Bennett, in Case No. 09-CV-294-GKF-FHM Judgment entered September 30, 2012 [Dkt. No. 349] and Order Awarding Attorney Fees entered October 29, 2013 [Dkt. No. 420]

and also the cost that may accrue under this writ. And that you have above listed moneys at the place and date listed below, and that you bring this writ with you.

| Place: 6600 South Ash Place | District: Northern District, OK |
|---|---|
| City: Tulsa, OK 74011 | Date: JUN 2 6 2014 |

| Date: | Phil Lombardi, Clerk of Court | |
|---|---|---|
| | By: [signature] | Deputy Clerk |

### RETURN

| Date Received: | Date of Execution of Writ: |
|---|---|

**This writ was received and executed.**

| U.S Marshal | By: | Deputy Marshal |
|---|---|---|

Writ of Execution                                                                                      DC-11 Modified (12/10)

*writ mailed to counsel*