IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SKYCAM, LLC, a Delaware limited liability company, </br></br> Plaintiff, </br></br> v. </br></br> PATRICK J. BENNETT, an individual, and ACTIONCAM, LLC, an Oklahoma Limited Liability Company, </br></br> Defendants. | Case No. 09-CV-294-GKF-FHM |

**PLAINTIFF SKYCAM'S MOTION FOR ORDER REQUIRING JUDGMENT DEBTOR TO APPEAR AND ANSWER CONCERNING PROPERTY AND ASSETS**

Plaintiff Skycam, LLC, ("Skycam") requests an order requiring Defendant Patrick J. Bennett to appear on August 7, 2014 at 9:30 a.m. and answer questions concerning his property and assets, pursuant to 12 Okla. Stat. § 842 and Rule 69, Fed R. Civ. P. In support of this motion, Skycam would show the Court as follows:

1. Judgment has been entered against Bennett and in favor of Plaintiff as follows: (a) Judgment entered September 30, 2012, [Doc. #349] in the total amount of $584,000.00; (b) Order on Bill of Costs entered on September 30, 2013, [Doc. #403] in the amount of $150,000.00; and (c) Order Awarding Attorney Fees Entered October 29, 2013, [Doc. #420] in the amount of $2,000,000.00.

2. Pursuant to Rule 69, Fed. R. Civ. P. and Okla. Stat. § 842, Skycam requests that Defendant Bennett be required to appear and answer concerning his property.

3. This is a hearing regarding Defendant Bennett's Motion to Recall and Quash Plaintiff Skycam's Writ of Execution scheduled on August 7, 2014 at 9:30 a.m.

WHEREFORE, Skycam requests the court to enter and order:

(a) That Defendant Bennett be directed to appear on August 7, 2014, at 9:30 a.m. to answer concerning its property and assets.

Respectfully submitted,

*/s/Charles Greenough*
Rachel Blue, OBA #16789
Charles Greenough, OBA #12311
MCAFEE & TAFT A PROFESSIONAL CORPORATION
1717 South Boulder, Suite 900
Tulsa, OK  74103
Telephone:     (918) 587-0000
Facsimile:     (918) 599-9317
Email:  rachel.blue@mcafeetaft.com
Email:  charles.greenough@mcafeetaft.com

*ATTORNEYS FOR SKYCAM LLC*

## **CERTIFICATE OF SERVICE**

       I hereby certify that on August 1, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal to all parties who have entered their appearances in this case on said system, and mailed a true and exact copy to:

Patrick J. Bennett
6600 South Ash Place
Broken Arrow, OK 74011

                                          */s/Charles Greenough*
                                          Charles Greenough