# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

Skycam, LLC et al,
Plaintiff(s),

vs.

Actioncam, LLC et al,
Defendant(s).

Case Number: 09-cv-294-GKF-FHM
Proceeding: Asset Hearing
Date: 1-21-2015
Time: 9:30 a.m.

**MINUTE SHEET**

Frank H. McCarthy, U.S. Magistrate Judge T. Calico, Deputy Clerk C2, Reporter

Counsel for Plaintiff: Charles Greenough

Counsel for Defendant:

**Minute:**

[x] Defendant sworn. Asset hearing conducted.

[ ] Asset Hearing Stricken.

[ ] Asset Hearing passed to _______________ at 9:30 a.m.

[ ] Defendant did not appear as ordered. Clerk of Court directed to issue Body Attachment.

[ ] Defendant did not appear as ordered. Assistant United States Attorney requested a Body Attachment. Upon proof of service, Clerk of Court will be directed to issue Body Attachment.

[ ] Defendant appeared in response to Body Attachment, was sworn, asset hearing conducted and continued to _______________ at 9:30 a.m.

[ ] Body Attachment withdrawn at request of Assistant United States Attorney.

[ ] Body Attachment withdrawn by Order of Magistrate Judge.

[ ] Defendant requested continuance; Assistant United States Attorney does not object; continuance granted. Defendant ordered to reappear on _______________ at 9:30 a.m.