# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Skycam, LLC et al,

                    Plaintiff(s),

vs.

Actioncam, LLC et al,

                    Defendant(s).

Case Number: 09-cv-294-GKF-FHM
Proceeding: Asset Hearing
Date: 1-21-2015
Time: 9:30 a.m.

### MINUTE SHEET

Frank H. McCarthy, U.S. Magistrate Judge    T. Calico, Deputy Clerk    C2, Reporter

Counsel for Plaintiff: Charles Greenough; Rachel Blue

Counsel for Defendant:

**Minute:**

- [x] Defendant sworn. Asset hearing conducted and continued to 2-18-2015 at 9:30 a.m. Defendant is recognized back on that date.
- [ ] Asset Hearing Stricken.
- [ ] Asset Hearing passed to _____ at 9:30 a.m.
- [ ] Defendant did not appear as ordered. Clerk of Court directed to issue Body Attachment.
- [ ] Defendant did not appear as ordered. Assistant United States Attorney requested a Body Attachment. Upon proof of service, Clerk of Court will be directed to issue Body Attachment.
- [ ] Defendant appeared in response to Body Attachment, was sworn, asset hearing conducted and continued to _____ at 9:30 a.m.
- [ ] Body Attachment withdrawn at request of Assistant United States Attorney.
- [ ] Body Attachment withdrawn by Order of Magistrate Judge.
- [ ] Defendant requested continuance; Assistant United States Attorney does not object; continuance granted. Defendant ordered to reappear on _____ at 9:30 a.m.