# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Skycam, LLC,

                     Plaintiff,        Case Number: 09-cv-294-GKF-FHM

vs.                                                    Proceeding: Asset Hearing

Actioncam, LLC, et al.,                     Date: 3-16-2016
                     Defendant(s).     Time: 9:30 a.m.

## MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge     K. Perkins, Deputy Clerk     C2, Reporter

Counsel for Plaintiff: Charles Greenough

**Minute:**

[X]    Defendant sworn. Asset hearing conducted and continued to May 18, 2016 at 9:30 a.m. Defendant is recognized back on that date.

[ ]    Asset Hearing Stricken.

[ ]    Asset Hearing passed to _____ at 9:30 a.m.

[ ]    Defendant did not appear as ordered. Clerk of Court directed to issue Body Attachment.

[ ]    Defendant did not appear as ordered. Assistant United States Attorney requested a Body Attachment. Upon proof of service, Clerk of Court will be directed to issue Body Attachment.

[ ]    Defendant appeared in response to Body Attachment, was sworn, asset hearing conducted and continued to _____ at 9:30 a.m.

[ ]    Body Attachment withdrawn at request of Assistant United States Attorney.

[ ]    Body Attachment withdrawn by Order of Magistrate Judge.

[ ]    Defendant requested continuance; Assistant United States Attorney does not object; continuance granted. Defendant ordered to reappear on _____ at 9:30 a.m.